IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-po-00019-GJR-01

UNITED STATES OF AMERICA,

       Plaintiff,

v.

WILLIAM D. STAPLES,

       Defendant.

---

**ORDER TO EXTEND VOLUNTARY SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

The Probation Department has notified the Court that the Bureau of Prisons has not yet completed the designation process. The Court previously ordered the defendant to voluntarily surrender to the institution designated by the Bureau of Prisons by noon on January 4, 2008. Accordingly,

IT IS ORDERED that Defendant, WILLIAM D. STAPLES having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself to the institution designated by the Bureau of Prisons within 15 days of the date of designation, and will travel at his own expense.

DATED at Denver, Colorado, this 3rd day of January, 2008.

       BY THE COURT:

       s/ Michael E. Hegarty
       Michael E. Hegarty
       United States Magistrate Judge